IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ Middle DISTRICT OF FLORIDA

STEPHEN DANIEL LEONARD

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

STATE OF FLORIDA; Rick Scott;
Secretary of Florida Dept. of Corrections;
Julie Jones; Warden Lars Siverson; (see Attached)

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. 3:17-cv-745-J-32JBT

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

2017 JUN 28 PH 3:06

FILED

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to
proceed *in forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name    STEPHEN D. LEONARD

All other names by which you have been known:

STEVEN

ID Number    448091
Current Institution    OKeechobee Correctional Institute
Address    3420 NE 168 St.
OKeechobee, Fl. 34972

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether
the defendant is an individual, a government agency, an organization, or a
corporation.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  For an individual defendant, include the person's job
or title (if known) and check whether you are bringing this complaint against them in
their individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1

Name    STATE OF FLORIDA / Rick Scott
Job or Title    Governor / Supervisor of State Employees
(if known)
Shield Number    STATE OF FLORIDA
Employer    The Capitol
Address    PL-01
Tallahassee, Fl. 32399

☐    Individual capacity    ☑    Official capacity

Defendant No. 2

Name    SECRETARY OF FLORIDA DEPT. OF CORRECTIONS /
Julie Jones

2

Job or Title (if known)    Secretary of Florida Dept. of Corrections

Shield Number    _____

Employer    STATE OF FLORIDA

Address    501 South Calhoun St.

Tallahassee, Fl. 32399

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

Name    LARS SEVERSON

Job or Title (if known)    WARDEN at Okeechobee Corr. Inst.

Shield Number    _____

Employer    STATE OF FLORIDA

Address    3420 NE 168 St.

Okeechobee, Fl. 34972

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name    SCOTT CUMBIE

Job or Title (if known)    Asst. Warden at Okeechobee C.I.

Shield Number    _____

Employer    STATE OF FLORIDA

Address    3420 NE 168 St.

Okeechobee, Fl. 34972

☑ Individual capacity    ☑ Official capacity

* (See Attached list of Defendant's)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

ATTACHMENT TO SECTION I., B.:" The Defendant's"

Def.# 5. - R. Conner; Asst. Warden of Programs at O.C.I.; STATE OF FLORIDA
official &
Individual
Capacity    Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972

Def.# 6. - G. Wilbrecht; GM039; Lieutenant at O.C.I.; STATE OF FLORIDA
official &
Individual
capacity    Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972

Def.# 7. - S. Deluca; Sergent at O.C.I.; STATE OF FLORIDA
official &
Individual
capacity    Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972

Def.# 8. - Ms. _ Rabbins; Sergent at O.C.I.; STATE OF FLORIDA
official &
Individual
Capacity    Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972

Def.# 9. - D. Topper; TD058; Classification officer at O.C.I.; STATE OF FLORIDA
official
& Individual  Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972
Capacity

Def.# 10. - C. Laflam; officer at O.C.I.; STATE OF FLORIDA
official &
Individual
capacity    Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972

Def.# 11. - Mr. _ Rubens; officer at O.C.I.; STATE OF FLORIDA
official &
Individual
Capacity    Okeechobee Correctional Institute; 3420 NE 168 St. Okeechobee, Fl. 34972

Def.# 12. - J. Denis / Wexford Health Source Inc.; Medical Sub Contractor; State of Florida /
official &
Individual   Wexford Health Source Inc.; 501 Holiday Dr. Foster Plaza 4 Pittsburg, PA. 15220
capacity

Def.# 13. - W. Bass, ARNP.; Nurse/Dr. at O.C.I.; STATE OF FLORIDA / Wexford Health Source Inc.
official &
Individual   501 Holiday Dr. Foster Plaza 11, Pittsburg PA. 15220
capacity

Def.# 14. - M. Queen, R.N.; Nurse at O.C.I.; STATE OF FLORIDA / Wexford Health Source Inc.
official
& Individual  501 Holiday Dr. Foster Plaza 4 Pittsburg, PA. 15220
capacity

Def.# 15. - M. Gunvaldsen, HSA.; Nurse at O.C.I.; STATE OF Florida / Wexford Health Source Inc.
official &
Individual   501 Holiday Dr. Foster Plaza 4 Pittsburg, PA. 15220
Capacity

~ 3 A ~

ATTACHMENT TO SECTION I., B.: "The Defendent's"

Def # 16. -
official &
Individual
capacity

J. Jouvanaudhi, HJS ; Nurse at O.C.I. ; STATE OF FLORIDA / Wexford Health Source Inc.
501 Holiday Dr. Foster Plaza 4 Pittsburg, PA. 15220

Def # 17. -
official &
Individual
capacity

G. Zoly / Geo Group Inc. ; Private Security Subcontractors ; STATE OF FLORIDA /
Geo Group Inc. ; 1 Park Place # 700 Boca Raton, Fl. 33487

Def # 18. -
official &
Individual
capacity

WARDEN of South Bay Correctional Facility ; STATE OF FLORIDA / Geo Group Inc.
1 Park Place # 700 Boca Raton, Fl. 33487 / 600 Hghy. 27 S. South Bay, Fl. 33493

Def # 19. -
official &
Individual
capacity

Correct Care Solutions Inc. ; Medical Subcontractor ; STATE OF Florida / Geo
Group ; 600 Hghy. 27 S. South Bay, Fl. 33493

Def # 20. -
official
& Individual
capacity

J. Heller, Dr. ; Cheif Medical Dr. at S.B.C.F. ; State of Florida / Geo Group Inc.
600 Hghy 27 S. South Bay, Fl. 33493

Def. # 21. -

All unKnown At this time Defendant's for STATE OF FLORIDA ; Wexford
Health Source Inc. ; The "Geo Group Inc." ; and Correct Care Solutions
Inc.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment 8 U.S.C.A.
Amendment 14 U.S.C.A.
Amendment 6 U.S.C.A.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant listed herein this Complaint are Employee's
of the State of Florida or Sub-Contractors of the State
of Florida working at A State Prison/Institution under State law.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

The Events in this Case began at South Florida Reception Center, then Extended to South Bay Correctional Facility and are Presently Concerning Okeechobee Correctional Institute. These Events began in Sept. 2016 through Present date.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The Months between September 2016, through Present date.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ATTACHMENT 5-B : D
SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / **ARGUMENT IN SUPORT OF PETITION**

inside my Chest; allegedly on my Right lobe or lung, and Claimed that this alleged Nodule was 1 Cm in diameter. Wexford Health Source Inc. Nurse's & Doctors at South Florida Reception Center then Conducted a Second Set of X-Rays; to "Confirm" their finding(s), and Recommended/Reffered the Pet. to have A C.T. Scan Completed after reviewing All X-Rays. However, before Any Proper or Adequate Medical Care was rendered or allowed, the Wexford Health Source Inc. and State of Florida Department of Corrections had the Pet. "Transfered" to A Privately Run State Correctional Facility on October 05, 2016.

On Oct. 05, 2016 (on or about) this Petitioner arrived at South Bay Correctional Facility; (which is NOT A Medical Prison Camp). instead of transfering the Pet. to LAKE BUTLER or North Florida Reception Center where Inmates with "Serious Medical Issues" go and are housed.

Beginning on Oct. 05, 2016 through February 21, 2017 this Pet. Pled, Grieved and Appealed for Proper and Adequate Medical Care to Dr. J. Heller; Correct Care Solutions Inc.; the Warden at South Bay Correctional Facility; the Assistant Warden at S.B.C.F.; Staff officer's & Supervisors of GEO Group Inc. at S.B.C.F.; Nurse's & Medical Staff at Correct Care Solutions; and also to the Secretary of

Attachment
5-B-

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / **ARGUMENT IN SUPORT OF PETITION**

Beginning on January 07, 2016 While in the Custody of the State of Florida at the Monroe County Jail in Key West, Fl., this Petitioner had A C.T. Scan Completed at the local Hospital which detected A "Nodule" or Black Spot on the Petitioners lung. The Petitioner made multiple requests for Medical Help, Care and Treatment for Chest / Stomach Pains and when denied Proper & Adequate Care, the Pet. Filed Grievances & Appeals. Between the Months of January 2016 through August 2016, the Pet. Pled, Grieved and Appealed for Medical Care to Dr. Rose Chen; Armor Correctional Health Services Inc.; Monroe County Sheriff Rick Ramsey; Major Tim Age at M.C.S.O.; Captain Anne Sweeny at M.C.S.O.; and the State of Florida official's Judge Wayne Miller; State Attorney Asst. Thurice Scull; Public Defender Jason R. Smith. All of this Pet. Pleas for help & Proper Medical Care Went nowhere. The Pet. did not receive any Medical Care for the internal Injury or Nodule whatsoever.

On August 31, 2016 this Pet. was transfered to the Custody of the State of Florida Department of Corrections, by the State of Florida Monroe County Sheriff's Office. (M.C.S.O.)

On September 16th, 2016 (on or about) Wexford Health Source Inc. took X-Rays of this Petitioners Chest and located a "Nodule"

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / __ARGUMENT IN SUPORT OF PETITION__

the Dept. of Corrections in Tallahassee; as well as The Florida Dept. of Health in Tallahassee. The Pet. did NOT receive any care for the Nodule inside his Chest, nor any care or treatment that can be Considered Proper or Adequate for the Chest / Abdomin / Stomach Pains, between 10/5/16 - 02/21/17.

On February 22, 2017, the Pet. was taken to a local Hospital to have A C.T. Scan Completed which had been ordered back in Sept. 2016. Between 02/22/17 - 03/13/17 this Pet. did not receive a follow up from the Doctor's, Nurse's or Medical Staff from Correct Care Solutions; and Continually Filed Complaint's, Grievance's, Appeal's & Made Pleas for Medical Help to Geo Group Inc. Representatives at S.B.C.F. and State of Florida Dept. of Correction's & Dept. of Health. To no Avail.

On March 13, 2017 the Pet. was "Transfered" out of South Bay C.F. back to South Florida Reception Center. No Medical Care was Rendered upon arrival at S.F.R.C. by Wexford Health Source Inc.

On March 15, 2017 the Pet. was "Transfered" out of South Florida Reception Center to Okeechobee Correctional Institute; (which is NOT A Medical Camp), instead of transfering the Pet. to LAKE BUTLER / N.F.R.C. where inmates with Serious Medical issues go to be housed.

Attachment
- 5C -

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / **ARGUMENT IN SUPORT OF PETITION**

Between the date's March 15, 2017 through June 15th, 2017; While at Okeechobee Correctional Institute, this Pet. Pled, Grieved and Appealed for A follow up & Proper and Adequate Medical Care & Treatment to Wexford Health Source Inc.; Asst. Warden of Programs R. Conner; Warden L. Severson; Wo Bass, ARNP, Doctor/Nurse for Wexford Health Sources Inc.; M. Queen, Nurse for Wexford...; M. Guinaldsen Nurse for Wexford...; J. Sauvanavethi, Nurse for Wexford and others. Which went nowhere. All of this Pet. Pleas were returned or otherwise denied by the above mentioned defendants for illogical reasons... Quote: "Too many issues" or "I don't understand". The Pet. Appealed these returned, denied Requests for Medical Care to the F.D.C. Secretary under F.A.C. Rules. (Fla. Administrative Code). (See Attachments to this Complaint).

_____

On June 01, 2017 this Pet. Filed an Amendment to Grievance Appeal log# 1703-405-008. The F.D.C. Secretary's office Assigned it Appeal log # 17-6-17274 and Assigned this 06/01/17 Amendment # 17-6-22941. (See Attached).

_____

Later that Same afternoon; about 1400 on 06/01/17, this Pet. was Approached by Sgt. Robbins (A female Correctional officer) while this Pet. was Picking up trash near the laundry / Classification Areas

Attachment
- SD -

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / **ARGUMENT IN SUPORT OF PETITION**

Sgt. Robbins called this Pet. over to her and berated this Pet. for being there and then Stated: Quote "If I catch you over there Again, I'm going to write you A D.R. for "Cruzing"; which is A slang or Prison lingo for the lewd & lacivicious Act of Masterbating in Public or in her Presence or View.

On the Same day 06/01/17 this Pet. filed an Informal Grievance Request to Classification officer Haslewa requesting to Speak to her about the incident. This Informal Grievance / Request Disappeared from the locked grievance box & Never returned or responded to.

_____

On 06/02/17 this Pet. went to the Education / Modality Classroom Building and Spoke to two D.C.I. Staff Members about the incident with Sgt. Robbins Complaining that this was A Prison Rape Elimination Act Complaint that involved A Sexual Guesture with A Sexual Overtone by A Staff Member. Mrs. Blair & her Asst.; (name unknown), Claimed that this was Quote: "A Security Issue"; and reffered the Pet. to Security at D.C.I. In fear of Reprisal / Retaliation this Pet. took this P.R.E.A. related Complaint to the Chaplain at D.C.I. as he was walking down the Sidewalk on the Compound. After the Pet. made the Plea for help & intervention to the Chaplain, he too reffered the Pet. to "The Captain", and at that moment Sgt. Deluca;

Attachment
-5E-

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / **ARGUMENT IN SUPORT OF PETITION**

who had apparently overheard this Pet. plea for help, inteivened.
Sgt. Deluca told this Pet to "wait at the Capts. office" and stayed
talking to the Chaplain while the Pet. went to the Capts. office.
After a few minutes Sgt. Deluca arrived at the Capts. office alone.
He then took my written Direct Grievance to the F.D.C. Secretary
(DC1-303) which was clearly indicated in writing that this was A
P.R.&.A. Complaint on Sgt. Robbins involving A Sexual Gesture,
Threats of writing A False Report, Intimidation, Harassment & Reprisal
as I'd just filed An Amendment to A Grievance & had been grieving
since October 2016. Sgt. Deluca also heard my oral Complaint
and asked me to "wait outside while I read this" talking about
the Direct Formal Grievance to the F.D.C. Secretary that he'd taken
from me. While the Pet. was "outside" the Capts. office, officer's
Rubens & C. Laflam arrived. They; Sgt. Deluca; Off. Rubens &
off Laflam called this Pet. back into the Capts. office and tried
to persuade this Pet. to drop the Complaint. This Pet. Refused.
Sgt. Deluca & off. Rubens then threatend to write this Pet. A Quote:
"D.R. for Possession of A weapon" if I didn't relent and drop the
Complaint. Again this Pet. Refused and Stated Quotes "That is
going to the Secretary, even if I've got to write it 2 or 3 times".
Off. Rubens then jumpped up and placed this Pet. in Cuff restraints.
After multiple threats, and Attempts to intimidate this Pet. that failed

Attachment
- 5 F -

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS/ **ARGUMENT IN SUPORT OF PETITION**

off. Rubens took this Pet. to Confinement at O.C.I. for Allegedly "Possession of A weapon". On the Same day 06/02/17 officer C. Laflam & Sgt. Deluca Colluded to write A false Report, and filed this Report with the State of Florida Dept. of Corrections, alledging that this Pet. was in Poss. of A Weapon.

---

On 06/05/17 the Pet. was Served with a Copy of the False Report filed on 06/02/17 and denied the Allegations, Requested An investigation, requested Video feeds of 06/01/17 & 06/02/17 from State of Florida O.C.I. Camera footage of this Petitioners Actions & Movements, Named 3-4 Eyewitnesses, and Requested/Demanded that these Witnesses Appear at Hearing to testify under my right to Call witnesses in defense. (Due Process: Compulsory Process = Amend. 6 & 14 U.S.C.A.)

---

On 06/08/17 Lt. G. Milbrecht and Classification officer D. Tapper Called this Pet. into A Formal Hearing upon the False Report written by Sgt. Deluca & off. Laflam. Right from the Start of the Hearing Lt. Milbrecht began Screaming/demanding that this Pet. address them with yes sir/no sir responses. The Pet. Complied. D. Tapper then read the false Report into the digital Record being Kept on CPU. and asked the Pet. if "you understand the Charges" the Pet. replied "Clearly". D. Tapper then Stated Quote "Look

Attachment
-56-

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS/ **ARGUMENT IN SUPORT OF PETITION**

Mother f———ER, I'm having one of those days too". Upon hearing that remark and also Seeing that none of my Eyewitnesses were present to testify as requested by this Pet. in writing on 06/05/17, it was obvious that these officer's had violated my due process rights and were not planning to allow this Pet. A Fair Hearing. The Pet. Stated as much and told them Quote: "I'll see you in Federal Court". Lt. Wilbrecht stated Something to the effect of OK I'll see you in Federal Court. Yea! The Pet. then rose from his seat to leave, at which time Lt. Wilbrecht Screamed "Sit down". This Pet. Complied, but refused to Communicate any further. Lt. Wilbrecht then Called Sgt. Harris to remove the Pet. before Quote "I clump him on his head". The Pet. was then removed from the Hearing, the Hearing was held Absentia and the Pet. was found Guilty and Sentenced to 60 days Confinement plus 30 days loss of gaintine. On the Same day, 06/08/17, Lt. Wilbrecht wrote A Report that Embelleshed the incident involving this Pet. at hearing Claiming that this Pet. Refused to Obey A Direct Verbal Order; (To Sit down), and thus was in Violation of 6-1.

On 06/09/17 this Pet. was Served with A Copy of this Embelleshed Report written by Lt. G. Wilbrecht, denied the Allegations, listed

Attachment
- 8H -

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS/ **ARGUMENT IN SUPORT OF PETITION**

an Eyewitness and requested an investigation including Securing the Video Feed from 06/08/17 of this Pet. Action 3 Movements, the Audio Feed of the Recorded Hearing Captured on the CPU digitally and et. al.

On 06/13/17 after having Suffered Enough Harassment, Reprisal, Retaliation and the Physical, Emotional, 3 Physcological Torment 3 Torture as well as the Pain from this Nodule inside my body that has been growing larger, the Pet. Refused to Appear for the Hearing. The Hearing was held Absentia and the Pet. was found guilty and Sentenced to 30 days Confinement plus 30 days loss of gaintime.

On or About June 16, 2017 Wexford Health Source Inc. Called the Pet. to See the Dr. W. Bass, who then informed this Pet. that on 02/22/17 the C.T. Scan revealed A "4 Cm. Nodule on the Left lobe or lung" and "Not on the Right Side". I then immediately requested A biopsy be done to determine if this "Nodule" is Cancer, which he replied and said "No, first I'm going to Sent you to A Pulminary Specialist, and we will Follow Exactly what he Recommends". All of which is A delay and has

Attachment
- 5 I -

SECTION IV. CLAIM
STATEMENT OF FACTS

FACTS / __ARGUMENT IN SUPORT OF PETITION__

been Since September 2016.

Between June 04, 2017 through Present date June 26, 2017 this Pet. has Filed no less than 8 Grievance's / Requests Pleading for Help. All of these grievances have NOT been issued A Reciept by the F.D.c. Secretary, nor have they been Responded to by the Persons whom they were Sent to. The Secretary of F.D.c.⁰, The Warden at Occ. I.⁰, and the Wexford Health Source Inc. representatives have returned or Refuses to Respond to this Pets. Pleas for help, Legal Requests, or Proper Medical Care.

This Nodule inside my body has had me bed ridden Since April 2015, the Medical Professionals have delayed or denied me Proper ₹ Adequate Care or Treatment Since January 2016, and they Medical Subcontractors and State of Florida Knows that this is A Serious Issue Which Could result in Death if untreated Properly and that is exactly what they are doing. Which may end up Killing me or Causing Compounding irreversable damage to my internal organs. The Reprisal's, Retaliation, and Physical Emotional, Mental Abuses are a Collusion to further this goal;

Attachment
-5 J-

SECTION IV. CLAIMS
STATEMENT OF FACTS

FACTS/ **ARGUMENT IN SUPORT OF PETITION**

in Violation of Civil Rights Act laws under Title 42, and also Criminal Violations under the R.I.C.O. Act under title 18. See also: 42 § 1983 ; 42 § 1985 ; 42 § 1986 ; and Civil / R.I.C.O. 18 § 241 ; 18 § 242 ; 18 § 371 ; 18 § 1503 ; 18 § 1510 ; 18 § 1511 ; 18 § 1961 ; 18 § 1964.

Judge, Please help me. I've attempted to Redress these Grievances to the U.S.D.C. in Miami in two Seperate Cases : Relating to the Armor Correctional Health Services & Monroe County Sheriff's office / State of Florida in Case Nos : 16-CV-10020-King & 16-CV-10046-JEM. The Southern District of Florida Judges are not willing to intervene on my behalf or allow Any Fair Hearings by an Impartial Trier of Facts.

Please. I feel like I'm dying here and fighting for A fair hearing is becoming a task. I've got the Evidence that this Nodule is growing inside my body and I'm not getting any help, Care or treatment.

This is Cruel and Unusual Treatment. Torment, Torture and Psychological, Emotional & Physical Abuse. Please help me !

Attachment
- 5K --

_____

_____

( See Attached )
_____

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

\* 4 Cm. Nodule on my left lobe (lung). No Proper or
Adequate Medical Care or Treatment has been Received.
This Petitioner is Presently and has Continually been
Suffering Since arriving in the Custody of the Florida
Department of Corrections in August 2016 \* Loss of Gain
time \* Loss of Legal Access \* Loss of Redress of Grievances.
( Petitioner's grievances have been "Confiscated & Distroyed by the
D.C.I. Correctional officer's & Administration )

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any
cases or statutes.  If requesting money damages, include the amounts of any actual damages
and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

① Proper & Adequate Medical Care.
② An Independent Counsel Investigation / Grand Jury Convening.
③ Accountability / Arrests & Prosecutions for Criminal law violations.
④ Actual, Declaratory & Injunctive Relief and Punitive Damage
Awards of 20 million dollars & an Order to Protect this Pet. from Retaliation

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be
dismissed if you have not exhausted your administrative remedies.

6

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

South Florida Reception Center; August 31, 2016 – October 5, 2016.
South Bay Correctional Facility; October 5, 2016 – March 13, 2017.
OKeechobee Correctional Institute; March 15, 2017 – Present date.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑   Yes

☐   No

☐   Do not know

If yes, which claim(s)?

Medical Neglect / Willful Neglect ● False Reports; Reprisal;
Retaliation; Physical; Emotional, Psychological Abuses;
Threats; Harassment; Intimidation; Prison Rape Elimination Act Complaints.

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐     Yes

☐     No

E.     If you did file a grievance:

1.     Where did you file the grievance?

South Florida Reception Center  (9/2016)
South Bay Correctional Facility (10/2016 - 3/2017)
Okeechobee Correctional Institute (3/2017 - Present date)

2.     What did you claim in your grievance?

*Medical's Willful Neglect. *False Reports. *Threats, Harassment & Intimidation under the P.R.E.Act. *Reprisal, Retaliation *Physical, Emotional, Phychological Abuses. *Pain, Suffering *Violations of Due Process.

3.     What was the result, if any?

The Secretary of F.D.C. Policy Managment's Inmate Appeals has Approved the Petitioner's Right to Seek Judicial Remedies. The other grievances Concerning the Reprisal's/Retaliations & Abuses have been Taken, D

4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

All steps to Redress these grievances have been taken. The Petitioner has Appealed to and filed Direct grievances with the Secretary of F.D.C.'s Policy Management's Inmate Appeals office for P.R.E.Act, Reprisal, Retaliation, Medical Neglect.

8

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

      N/A

      This Petitioner has filed grievances that have been Taken from this Pet. by O.C.I. Staff /officer's, Destroyed and other grievances are lost, denied or Returned.

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      The Religious Chaplain at Okeechobee C.I. (name Unknown)

      Mrs. Blair in Education /Modality

      Mr. Webb in Education / Modality

      Mrs. Haslem in Classification at O.C.I.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

      As Previously Stated above in Subsection F, this Petitioner has Continually followed the Rules to File Formal Grievances. At this Point my grievances are being lost, destroyed, Returned & I'm being Retaliated against.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐   Yes

    ☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

     □    Yes

     ☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)   _____

        Defendant(s)  _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

    4.    Name of Judge assigned to your case

    5.    Approximate date of filing lawsuit

    6.    Is the case still pending?

        □    Yes

        □    No

        If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

---

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☑ Yes

    ☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)   STEPHEN D. LEONARD
    Defendant(s)   STATE OF FLORIDA

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    Third District Court of Appeals of Florida.
    Miami-Dade County, Fl.

3.  Docket or index number

    3D16-2203; 3D16-2298; and 3D17-1383   Habeas Corpus

4.  Name of Judge assigned to your case

    3 Judge Panel

5.  Approximate date of filing lawsuit

    August 03rd, 2016 on 3D16-2203; Oct 18th, 2016 on 3D16-2298
    & June 19, 2017 on 3D17-1383.

6.  Is the case still pending?

    ☑ Yes

    ☐ No

11

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pending A Ruling Since 2016?!!!

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June, 26, 2017

Signature of Plaintiff _____sx/_____

Printed Name of Plaintiff   STEPHEN D. LEONARD

Prison Identification #  448091

Prison Address   3420 NE 168 Street

OKeechobee            Fla.            34972

        City                 State        Zip Code

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

12